# Exhibit E

# UNITEHERE!



275 SEVENTH AVENUE, NEW YORK, NY 10001 • TEL (212) 265-7000 • FAX (212) 265-3415 • WWW.UNITEHERE.ORG

March 16, 2009

Mr. Bill Evans
Chief Operating Officer, Ameripride Services, Inc.
10801 Wayzata Boulevard
Minnetonka, MN 55035

Dear Bill:

I, as General President of UNITE HERE, confirm that, as required by law, Ameripride must continue to recognize the Joint Boards and Locals which represent Ameripride employees at its various locations. These organizations remain unchanged, and they provide continuity of representation. Therefore, the NLRA requires that you continue to recognize the Joint Boards/Locals, deal only with their duly appointed representatives for bargaining and administering collective bargaining agreements and remit dues to them as you have in the past. UNITE HERE hereby waives any claim against Ameripride for continuing to recognize and deal with the Joint Boards/Locals.

Very truly yours,

Bruce Raynor