# Exhibit G

**From:** rfarber@unitehere.org [mailto:rfarber@unitehere.org]
**Sent:** Tuesday, February 17, 2009 2:04 PM
**To:** Bruce Raynor (BRaynor@unitehere.org)
**Cc:** Sonia Leonard (SLeonard@unitehere.org); Yadira Blanco-Walker
**Subject:** The Organizing Group

As per your request, the funds to the Organizing Group have been wired today. Since you were not in the office, you authorized the use of your stamp on the transfer letter.

Thank you.

**Randi Farber**
CFO | Finance Department
**UNITE HERE**

275 Seventh Avenue, New York, NY 10001-6708
Tel. (212) 332-9390 | Fax: (212) 765-3298 |
Email: rfarber@unitehere.org

## UNITE HERE FINANCE DEPARTMENT

01/31/09

| Pay to | The Organizing Group | $457,981.18 |
|---|---|---|
| Mailing address | 888 16th Street, NW Suite 630 Washington D.C. | |

Invoice #     Approve       GO Approval      Dollars and

| Cost Center | Account | Act. | Campaign | Phase | Employee | Affiliate | Description | Amount |
|---|---|---|---|---|---|---|---|---|
| 023 | 58304 | O | 5011 | 102 | 000 | 000 | | 76,795.40 |
| 023 | 58304 | O | 5011 | 102 | 000 | 000 | | 10,000.00 |
| 023 | 58304 | O | 5011 | 102 | 000 | 000 | | 51,692.60 |
| 023 | 58304 | O | 5011 | 102 | 000 | 000 | | 115,215.32 |
| 023 | 58304 | O | 5011 | 102 | 000 | 000 | | 172,395.08 |
| 023 | 58304 | O | 5011 | 102 | 000 | 000 | | 5,000.00 |
| 023 | 58304 | O | 5011 | 102 | 000 | 000 | | 26,882.78 |
| | | | | | | | TOTAL | 457,981.18 |

Explanation  Brochure Mailer, Consulting Services etc

Approved for Payment
Bank
Bank No.
Check No. AB-05001
Date 2/11/09    By R.F.

Shaded areas for Finance Department use



The Organizing Group
888 16th St., NW
Suite 630
Washington, DC 20006

**Bill To:**
UNITE HERE
Amanda Cooper
275 7th Ave., Floor 11
New York, NY 10001

DATE:
1/31/2009

INVOICE #
ORG09001B

# INVOICE

| DESCRIPTION | AMOUNT |
|---|---|
| ORG09001B: Let's Get to Work [BILINGUAL] 10 x 26 Brochure Mailer, 2-Fold w/ Reply Invoice Quantity: 109,659 | |
| Production | $43,863.60 |
| Shipping | $10,000.00 |
| BRM Data Entry | $1,000.00 |
| Postage | $21,931.80 |
| TOTAL BALANCE DUE | $76,795.40 |

Make all checks payable to the The Organizing Group
If you have any questions concerning this invoice, please contact Steve Rosenthal
Phone: 202.974.8310   E-mail: srosenthal@organizinginc.com

OK /

THANK YOU FOR DOING BUSINESS WITH THE ORGANIZING GROUP



**The Organizing Group**

888 16th Street, NW Suite 333
Washington, DC 20006

www.organizinginc.com
(202) 974 8295

# Invoice

| Date | Invoice # |
|---|---|
| 2/6/2009 | 09-022 |

**Bill To**

UNITE HERE
Attn: Amanda Cooper
275 7th Ave. Floor 11
New York, NY 10001

| Terms | Due Date |
|---|---|
| Due on receipt | 2/6/2009 |

| Description | Amount |
|---|---|
| Consulting Services provided for the month of February 2009 | 10,000.00 |

| Total | $10,000.00 |
|---|---|
| Balance Due | $10,000.00 |



The Organizing Group
888 16th St., NW
Suite 630
Washington, DC 20006

DATE:
2/4/2009

Bill To:
UNITE HERE
Amanda Cooper
275 7th Ave., Floor 11
New York, NY 10001

INVOICE #
ORG09002B

# INVOICE

| DESCRIPTION | AMOUNT |
|---|---|
| ORG09002B: Workers Are Hurting [BILINGUAL] 8.5 x 11 Postcard Mailer, #100 Gloss Cover Invoice Quantity: 109,659 | |
| Production | $26,318.16 |
| Shipping | $5,635.82 |
| Postage | $19,738.62 |
| **TOTAL BALANCE DUE** | **$51,692.60** |

Make all checks payable to the The Organizing Group
If you have any questions concerning this invoice, please contact Steve Rosenthal
Phone: 202.974.8310   E-mail: srosenthal@organizinginc.com

THANK YOU FOR DOING BUSINESS WITH THE ORGANIZING GROUP



The Organizing Group
888 16th St., NW
Suite 630
Washington, DC 20006

**Bill To:**
UNITE HERE
Amanda Cooper
275 7th Ave., Floor 11
New York, NY 10001

**DATE:**
2/4/2009

**INVOICE #**
ORG09002A

## INVOICE

| DESCRIPTION | AMOUNT |
|---|---|
| ORG09002A: Workers Are Hurting [ENGLISH] 8.5 x 11 Postcard Mailer, #100 Gloss Cover Invoice Quantity: 261,026 | |
| Production | $54,815.46 |
| Shipping | $13,415.18 |
| Postage | $46,984.68 |
| **TOTAL BALANCE DUE** | **$115,215.32** |

Make all checks payable to theThe Organizing Group
If you have any questions concerning this invoice, please contact Steve Rosenthal
Phone: 202.974.8310   E-mail: srosenthal@organizinginc.com

THANK YOU FOR DOING BUSINESS WITH THE ORGANIZING GROUP



The Organizing Group
888 16th St., NW
Suite 630
Washington, DC 20006

**Bill To:**
UNITE HERE
Amanda Cooper
275 7th Ave., Floor 11
New York, NY 10001

**DATE:**
1/31/2009

**INVOICE #**
ORG09001A

# INVOICE

| DESCRIPTION | AMOUNT |
|---|---|
| ORG09001A: Let's Get to Work [ENGLISH]<br>10 x 25 Brochure Mailer, 2-Fold w/ Reply<br>Invoice Quantity: 261,026 | |
| Production | $99,189.88 |
| Shipping | $20,000.00 |
| BRM Data Entry | $1,000.00 |
| Postage | $52,205.20 |
| **TOTAL BALANCE DUE** | **$172,395.08** |

Make all checks payable to theThe Organizing Group
If you have any questions concerning this invoice, please contact Steve Rosenthal
Phone: 202.974.8310   E-mail: srosenthal@organizinginc.com

THANK YOU FOR DOING BUSINESS WITH THE ORGANIZING GROUP

**The Organizing Group**

888 16th Street, NW Suite 333
Washington, DC 20006

www.organizinginc.com
(202) 974 8295

# Invoice

| Date | Invoice # |
|---|---|
| 2/6/2009 | 09-021 |

**Bill To**

UNITE HERE
Attn: Amanda Cooper
275 7th Ave, Floor 11
New York, NY 10001

| Terms | Due Date |
|---|---|
| Due on receipt | 2/6/2009 |

| Description | Amount |
|---|---|
| Consulting Services provided for the month of January 2009 | 5,000.00 |
| | |
| **Total** | **$5,000.00** |
| **Balance Due** | **$5,000.00** |

# The Organizing Group

888 16th Street, NW Suite 333
Washington, DC 20006

www.organizinginc.com
(202) 974 8295

# Invoice

| Date | Invoice # |
|---|---|
| 2/13/2009 | 09-023 |

**Bill To**

UNITE HERE
Attn: Amanda Cooper
275 7th Ave. Floor 11
New York, NY 10001

| Terms | Due Date |
|---|---|
| Due on receipt | 2/13/2009 |

| Description | Amount |
|---|---|
| Telemarketing Services | |
| Bilingual Press 1 Auto - LSGSP669206 -- 02/05/2009 -- QTY 125,811 | 11,322.99 |
| Bilingual Press 1 Auto - LSGSP671382 -- 02/06/2009 -- QTY 119,364 | 10,742.76 |
| Live ID (1 Question) - LSGGCS090003 Bilingual callers -- 02/07/2009 -- QTY 130.19 | 4,817.03 |

| Total | $26,882.78 |
|---|---|
| Balance Due | $26,882.78 |